UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00259-MOC-DCK-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | ORDER |
| LUCAS MATTHEW HAWKINSON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** comes before the Court on Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Doc. Nos. 48, 49).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 30 days of the entry of this order.

Max O. Cogburn Jr.
United States District Judge