UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-259-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LUCAS MATTHEW HAWKINSON**, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Letter, which the Court construes as a pro se Motion for Compassionate Release. (Doc. No. 53).

### ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Motion for Compassionate Release.

Max O. Cogburn Jr.
United States District Judge

1